**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT  LOUISVILLE**


| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **NO. 1:05CR-31-R** |
| **JOHNNY COX** | **DEFENDANT** |


### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant, Johnny Cox, by consent and with Elmer J. George, retained Counsel, appeared in open court on October 19, 2005, and entered a plea of guilty to Count 1 of the  indictment without a plea agreement.  The United States was represented by Jo Lawless, Assistant United States Attorney, on behalf of Brian Butler.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Count 1 of the  indictment, and that the offense charged is supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned  recommend's  that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have sentence imposed accordingly.  Sentencing is hereby scheduled for **January 30, 2006 at 11:30  a.m. CST** before the Honorable Thomas B. Russell, United States District Judge.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so. The defendant shall remain on his present bond pending the next court appearance..

October 19, 2005

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

30